Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>CMAX, LLC, a Washington limited liability company; RUFUS GARLAND PRICE, JR., an individual; and MARIA C. CAMILON PRICE, an individual,<br><br>Defendants. | Case No. 2:16-cv-01960-RSL<br><br>[proposed]<br>ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

Presently before the Court is the joint Stipulation for Dismissal Without Prejudice by Plaintiffs and Defendants, CMAX, LLC, Rufus G. Price, Jr., and Maria C. Camilon Price (ECF No. 10). Good cause appearing therefor,

Order Granting Stipulation
for Dismissal Without Prejudice
(Case No. 2:16-cv-01960-RSL)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

1   IT IS ORDERED the stipulation is GRANTED. This action is dismissed without prejudice, with
2   each party to bear its own fees and costs.
3   IT IS FURTHER ORDERED the pending Motion for Entry of Judgment by Confession (ECF
4   No. 1) is DENIED as moot.
5   IT IS FURTHER ORDERED the Clerk of the Court shall close this case.
6   Dated this 20th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**THE URBAN LAW FIRM**

*s/ Sean W. McDonald*
Michael A. Urban, Esq. WSBA No. 20251
Sean W. McDonald, Esq. WSBA No. 48542
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA  98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

**CHRISTENSEN JAMES & MARTIN**

*s/ Gia A. McGillivray*
Gia A. McGillivray, Esq., WSBA No. 47645
11900 NE 1st Street, Suite 300
Bellevue, WA  98005
T: (425) 462-4045 / (702) 255-1718
F: (425) 462-5638 / (702) 255-0871
gia@cjmlv.com

*Attorneys for Plaintiffs*

90936

Order Granting Stipulation
for Dismissal Without Prejudice
(Case No. 2:16-cv-01960-RSL)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*